IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00362-KDB

| | |
|---|---|
| TANJA WAGNER AND SCOTT WAGNER, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK SHARP & DOHME LLC MERCK & CO., INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiffs' Unopposed Motion to Substitute Party (Doc. No. 26). The Court has carefully considered this motion and for good cause shown the Court hereby ORDERS that Sonja Wagner be substituted as the real party in interest in place of Tanja Wagner and Scott Wagner and directs the Clerk of Court to amend the docket to reflect the substitution of parties.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: December 2, 2024

Kenneth D. Bell
United States District Judge